**Order entered February 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01583-CV

**SEBASTIAN LOMBARDO, Appellant**

**V.**

**SHOUVIK BHATTACHARYYA, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00133**

## ORDER

We **GRANT** appellee's February 21, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than March 10, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE